1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4

5  CHRISTINA LIU (CABN 308362)
   Assistant United States Attorney

6     450 Golden Gate Avenue; Box 36055
      San Francisco, California 94102-3495
7     Telephone:   (415) 336-3451
      Fax:         (408) 535-5061
8     christina.liu@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,         ) CASE NO. 20-CR-00458 BLF
                                      )
15 |       Plaintiff,                  )
                                      ) NOTICE OF REMOVAL OF COUNSEL
16 |    v.                             )
                                      )
17 | DAVID CAMPOY, ET AL.,             )
                                      )
18 |       Defendants.                 )
                                      )

19      The United States Attorney's Office hereby files this Notice of Removal of Counsel to advise the

20  Court that Assistant United States Attorney Christina Liu is no longer assigned to this matter.  Please

21  remove Assistant United States Attorney Christina Liu from the attorneys to be noticed in this case.

22  DATED: June 24, 2022                     Respectfully submitted,

23                                           STEPHANIE M. HINDS
                                             United States Attorney
24

25
                                                  /s/ Christina Liu
26                                           CHRISTINA LIU
                                             Assistant United States Attorney
27

28

Notice of Removal of Counsel
Case No. 20-CR-00458 BLF